```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  ANN H. VORIS, Bar #100433
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  JOHN W. RICHARDS

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       )  No. 1:11-cr-0236 AWI
                                    )
12          Plaintiff,              )  STIPULATION TO CONTINUE CHANGE OF
                                    )  PLEA HEARING;  ORDER
13      v.                          )
                                    )  Date:  July 9, 2012
14  JOHN W. RICHARDS ,              )  Time:  10:00 a.m.
                                    )  Judge: Hon. Anthony W. Ishii
15          Defendant.              )
                                    )
16  _____    )

17

18      **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19  counsel that the change of plea hearing in the above-captioned matter now set for May 7, 2012, **may be**

20  **continued to July 9, 2012 at 10:00 a.m.**

21      This continuance is at the request of counsel for defendant to permit investigation and negotiations

22  between the parties. This continuance will conserve time and resources for both parties and the court

23  ///

24  ///

25  ///

26  ///

27  ///

28
```

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

BENJAMIN B. WAGNER
United States Attorney

DATED: May 2, 2012         By:    /s/ Brian Enos
                                  BRIAN ENOS
                                  Assistant United States Attorney
                                  Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: May 2, 2012         By:   /s/ Ann H. Voris
                                  ANN H. VORIS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  John W. Richards

## **O R D E R**

**Based on the Parties' stipualtion,** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

Dated:   May 3, 2012

CHIEF UNITED STATES DISTRICT JUDGE